JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA CHARLOTTE AGUILERA, | ) | NO. CV 11-1432-CJC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment is granted and judgment is entered in favor of Defendant.

DATED: August 26, 2011.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE